IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THERESA DUCHARME-CONRAD and<br>DEREK ARTHUR CONRAD,<br><br>    Plaintiffs,<br><br>  v.<br><br>ELI LILLY AND COMPANY,<br><br>    Defendant. | ]<br>]<br>]<br>]<br>]<br>]  Civil Action No.: 06-1838 (RBW)<br>]  Next Event:<br>]<br>]<br>] |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Aaron M. Levine of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs THERESA DUCHARME-CONRAD and DEREK ARTHUR CONRAD in the above-referenced matter.

          Respectfully submitted,

          AARON M. LEVINE & ASSOCIATES


          /s/ Aaron M. Levine
          AARON M. LEVINE, #7864
          1320 19th Street, N.W., Suite 500
          Washington, DC  20036
          202-833-8040
          Fax: 202-833-8046