IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THERESA DUCHARME-CONRAD and DEREK ARTHUR CONRAD, <br><br> Plaintiffs, <br><br> v. <br><br> ELI LILLY AND COMPANY, <br><br> Defendant. | Civil Action No.: 06-1838 (RBW) <br> Next Event: |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Brandon J. Levine of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs THERESA DUCHARME-CONRAD and DEREK ARTHUR CONRAD in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

/s/ Brandon J. Levine
BRANDON J. LEVINE, #412130
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046