IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THERESA DUCHARME-CONRAD and DEREK ARTHUR CONRAD,<br><br>    Plaintiffs,<br><br>    v.<br><br>ELI LILLY AND COMPANY,<br><br>    Defendant. | ]<br>]<br>]<br>]<br>]<br>]   Civil Action No.: 06-1838 (RBW)<br>]   Next Event:<br>]<br>]<br>] |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Renee L. Robinson-Meyer of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs THERESA DUCHARME-CONRAD and DEREK ARTHUR CONRAD in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES


 /s/ Renee L. Robinson-Meyer
RENEE L. ROBINSON-MEYER, #455375
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046