IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THERESA DUCHARME-CONRAD and DEREK ARTHUR CONRAD, | ]<br>]<br>] |
| Plaintiffs, | ] |
| v. | ]   Civil Action No.: 06-1838 (RBW) |
| | ]   Next Event: |
| ELI LILLY AND COMPANY, | ] |
| Defendant. | ] |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Steven J. Lewis of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs THERESA DUCHARME-CONRAD and DEREK ARTHUR CONRAD in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

/s/ Steven J. Lewis
STEVEN J. LEWIS, #472564
1320 19th Street, N.W., Suite 500
Washington, DC 20036
202-833-8040
Fax: 202-833-8046