UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| THERESA DUCHARME-CONRAD et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-1838 (RBW) |
| ELI LILLY AND COMPANY | ) ) ) | |
| Defendant. | ) ) | |

### SCHEDULING ORDER

The parties appeared before the Court on January 26, 2007, for an initial scheduling conference. Based upon the discussions at this hearing, it is on this 30th day of January, 2007, hereby **ORDERED** that

1. This case shall be placed on the standard track.

2. The parties have waived initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

3. The plaintiffs shall serve their expert report pursuant to Rule 26(a)(2) by June 28, 2007, and the defendant shall serve its expert report pursuant to Rule 26(a)(2) by August 27, 2007.

4. Discovery shall be concluded by October 26, 2007.

5. This case shall be referred to Magistrate Judge Kay for settlement discussions commencing on October 29, 2007 and concluding on January 4, 2008.

6. Any dispositive motions shall be filed by January 4, 2008, any oppositions shall be filed by February 1, 2008, and any reply thereto shall be filed by February 22, 2008.

7. A pretrial conference shall be held on May 23, 2008 at 9:30 a.m. in the Chamber of Judge Reggie B. Walton at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED.**

/s/_____
REGGIE B. WALTON
United States District Judge