IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THERESA DUCHARME-CONRAD and<br>DEREK ARTHUR CONRAD<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>　　　　　　　Defendant. | CIVIL ACTION No. 06-cv-1838-RBW |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Judith L. O'Grady as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Dated: May 8, 2007

Respectfully Submitted,

SHOOK, HARDY & BACON, L.L.P.

/s/ Judith L. O'Grady
Judith L. O'Grady, DC Bar No. 494290
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
(202) 783-8400 Telephone
(202) 783-4211 Facsimile

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

139367v1

## CERTIFICATE OF SERVICE

       I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 8th day of May, 2007, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**


      /s/ Judith L. O'Grady
**ATTORNEY FOR DEFENDANT**
**ELI LILLY AND COMPANY**