UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THERESA DUCHARME-CONRAD, and DEREK ARTHUR CONRAD,<br><br>Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | Civil Action No. 06-1838 (RBW) |

**ORDER**

In accordance with this Court's Memorandum Opinion filed contemporaneously herewith, it is hereby

**ORDERED** that the defendant's Unopposed Motion to Transfer this case to the District of Massachusetts is **GRANTED**.[1]

**SO ORDERED** on this 25th day of June, 2007.

_____
REGGIE B. WALTON
United States District Judge

---

[1] The Clerk of the Court is directed to transfer this case to the United States District Court for the District of Massachusetts.